UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NYREE BELTON,<br><br>        Debtor, | Case No. 12-23037 (RDD)<br>Chapter 7 |
| NYREE BELTON,<br><br>        Debtor and Plaintiff<br>        on behalf of herself<br>        and all others similarly<br>        situated,<br><br>    v.<br><br>GE CAPITAL CONSUMER LENDING, INC., A/K/A<br>GE MONEY BANK<br><br>        Defendant. | Adv. No. 14-08223 (RDD) |

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION

Upon the motion (the "Motion"), on due notice, of defendant GE Capital Consumer Lending Inc. for an order compelling arbitration and staying this proceeding pursuant to 9 U.S.C. §§ 2-4; and upon plaintiff's objection to the Motion and all other pleadings filed in connection therewith; and upon the record of the hearings held by the Court on the Motion on September 11, 2014 and October 6, 2014; and, after due deliberation and for the reasons stated in the Court's corrected and modified bench ruling, dated November 10, 2014, a copy of which is attached hereto, the Court having found and concluded that the plaintiff has sustained her burden in opposition and that the Motion should not be granted, it is hereby

ORDERED that the Motion is denied.

Dated: White Plains, New York
       November 10, 2014                    /s/ Robert D. Drain
                                            United States Bankruptcy Judge