```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re                                                              :
                                                                   :   Chapter 7
NYREE BELTON,                                                      :
                                                                   :   Case No. 12-23037 (RDD)
                    Debtor,                                        :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ X
NYREE BELTON,                                                      :
                                                                   :
                                                                   :
                    Debtor and Plaintiff                           :
                    on behalf of herself and                       :
                    all others similarly                           :
                    situated,                                      :
            v.                                                     :   Adv. Proc. No. 14-08223 (RDD)
                                                                   :
GE CAPITAL CONSUMER LENDING, INC. A/K/A                            :
GE MONEY BANK,                                                     :
                    Defendant.                                     :
                                                                   :
------------------------------------------------------------------ X
```

## ORDER GRANTING GE CAPITAL RETAIL BANK'S
## MOTION TO COMPEL ARBITRATION

Having received the October 14, 2015 Order and Memorandum Decision issued by the Honorable Vincent L. Briccetti, United States District Judge (ECF No. 111):

IT IS HEREBY ORDERED that the November 10, 2014 Order Denying Motion to Compel Arbitration and Stay Action in this adversary proceeding (ECF No. 79) (the "Arbitration Order") is hereby VACATED; and it is further

ORDERED that the July 8, 2014 Motion to Compel Arbitration and Stay Action (ECF No. 9) filed by GE Capital Retail Bank ("GECRB") is GRANTED as provided herein; and it is further

2

ORDERED that Plaintiff Nyree Belton ("Plaintiff") is compelled to arbitrate any claims against Defendants in this adversary proceeding in accordance with the terms of the arbitration provision in her credit card agreement with GECRB; and it is further

ORDERED, that this adversary proceeding is stayed for all purposes pending the outcome of any arbitration of Plaintiff's claims against GECRB.

Dated: White Plains, New York
       November 4, 2015

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE